# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40044
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 24, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JESUS ARCADIO CERON MUNOZ, also known as Compa, also known as
Pastuso,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:12-CR-295-6

Before KING, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jesus Arcadio Ceron Munoz has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Munoz has not filed a response. We have reviewed counsel's brief
and the relevant portions of the record reflected therein. We concur with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-40044

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.